MAY J. LEEDS, Appellant, v. ANNIE S. LEEDS, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. . Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FELICE TROCCHIO, Appellant, v. THEODORE C. WOOD, Respondent.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

INDIANA FLOORING COMPANY, Plaintiff, v. KING & WINTER BUILDING CORPORATION, Respondent, Impleaded with BENJAMIN GORDON, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CARRIE HAYWARD CLARK, Plaintiff, v. HENRY P. PETTINGILL and Others, Respondents.   J. PHILIP BERG, Receiver, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN SPRINGER, Appellant.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN LANGERMAN, Appellant.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL BOXER, Appellant.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUDE BRAITHWAITE, Appellant.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE EMERSON REED COMPANY, INC., Appellant, v. WESTERN PHONOGRAPH Co., INC., Respondent.—Application denied, with ten dollars costs, and stay vacated.   Order signed.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HERMAN ZIEGLER & Co., INC., Respondent, v. THE DOCHTERMANN VAN & EXPRESS Co., INC., Appellant.—Application denied, with ten dollars costs, and stay vacated.   Order signed.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ADELAIDE ALLEN DAY, Respondent, v. LEONARD DAY, Appellant.— Application denied, with ten dollars costs, and stay vacated.   Order signed.   Present Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE T. DAGGETT, Respondent, v. M. TECLA, INC., Appellant.—Application denied, with ten dollars costs, and stay vacated.   Order signed.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROY TRUSWELL, Trading as WILLIAM TRUSWELL & SONS, Respondent, v. CHARLES STOCK, Appellant.—Application granted.   Order signed.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.